1120-14                                        Vol 1 of 2

COA # 08-11-00137-CR          OFFENSE: 22.021

STYLE: Gilbert Sanchez v. The State
       of Texas               COUNTY: El Paso

COA DISPOSITION: Affirm       TRIAL COURT: 120th District Court

DATE: 6/20/2014      Publish: No   TC CASE #: 20100D02745


# IN THE COURT OF CRIMINAL APPEALS

## ELECTRONIC RECORD

STYLE: Gilbert Sanchez v. The State of
       Texas                          CCA #: _____

____APPELLANT'S____ Petition          CCA Disposition: _____
FOR DISCRETIONARY REVIEW IN CCA IS:   DATE: _____
REFUSED                               JUDGE: _____
DATE: 12/17/2014                      SIGNED: _____  PC: _____
JUDGE: fer Curiam                     PUBLISH: _____  DNP: _____

                          ----------------------------

                          _____ MOTION FOR

                          REHEARING IN CCA IS: _____
                          JUDGE: _____


# Vol. 1 of 2